# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00265-CV

**Charles Breithaupt, in his Official Capacity as Executive Director of the University Interscholastic League; Tony Timmons, in his Official Capacity as Director of the Sports Officials Program of the University Interscholastic League; Rick Reedy, Curtis Culwell, Greg Poole, and Mark Henry in their Official Capacities as Members of the University Interscholastic League Legislative Council, Appellants**

**v.**

**Southwest Officials Association, Inc. d/b/a Texas Association of Sports Officials, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-10-003159, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants and appellee have filed a joint motion to dismiss this appeal, explaining that recent legislation has mooted the legal questions at issue in this case. We grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). In addition to the motion to dismiss, the appellee filed an agreed motion to dismiss a related mandamus as well as the injunction that this Court issued in that proceeding. *See In re Texas Ass'n of Sports Officials*, No. 03-11-00269-CV, 2011 Tex. App. LEXIS 3455 (Tex. App.—Austin May 6, 2011, orig. proceeding) (mem. op.). The related mandamus became final in May 2011 when we issued our opinion, and the opinion specified that the injunction would be active pending the disposition of the current appeal. Having dismissed the current appeal, the injunction from the related mandamus is dissolved as per the language of the opinion issued May 6, 2011.

_____

David Puryear, Justice

Before Justices Puryear, Henson, and Goodwin
   Justice Henson not participating

Dismissed on Joint Motion

Filed:   July 3, 2013